# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHERYL L. ROBUCK,<br><br>Defendant. | PO 15-5046-BLG-CSO<br><br>Violation No. FBDN001N<br>Location Code: M3<br><br>ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE |

Based on motion of the United States and good cause appearing,

IT IS ORDERED that the motion (*ECF 4*) to dismiss, with prejudice, Violation Notice FBDN001N is GRANTED. This matter is dismissed, with prejudice, as fully adjudicated.

DATED this 14th day of December, 2015.

/S/ CAROLYN S. OSTBY
United States Magistrate Judge